UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

POWER HOUSE TEMPLE, et al.,

    Plaintiffs,

Case No. 17-cv-12019
Hon. Matthew F. Leitman

v.

CITY OF HIGHLAND PARK, et al.,

    Defendants.

_____/

## JUDGMENT

In accordance with Order (1) Overruling Plaintiff's Objections to the Magistrate Judge's Report and Recommendation, (2) Adopting the Magistrate Judge's Recommended Disposition, (3) Dismissing Plaintiffs Power House Temple and Jerry R. Massey from the Action Without Prejudice, (4) Granting Defendant Wayne County Treasurer's Motion to Dismiss, and (5) Dismissing this Action, dated November 20, 2017,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiffs.

                               DAVID J. WEAVER
                               CLERK OF COURT

                    By:    s/Holly A. Monda
                               Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: November 20, 2017
Flint, Michigan